UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FILED-CLERK
U.S. DISTRICT COURT
2011 JUN 13  PM 4: 07
TEXAS-EASTERN
BY_____

__David E Mack__
(Plaintiff)

vs    Case No. __4:11cv 347__

__J.A. Cambece Law Office et al__
(Defendant)

MOTION TO PROCEED IN FORMA PAUPERIS

I, plaintiff, __David E Mack__,

respectfully moves this Honorable Court for leave to proceed in this matter without payment of fees, costs, or security.

Attached hereto is an affidavit in support of my motion to proceed in forma pauperis.

Respectfully submitted,

Plaintiff __David E. Mack__
Address __7720 McCallum Blvd.__
__#2099__
__Dallas, Texas 75252__
Phone __972-735-9642__

Date June 13, 2011

AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

INSTRUCTIONS: Complete all questions in this affidavit and then sign it. Do not leave any blanks. If the answer to a question is "0", "none", or "not applicable (NA)", write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

1. Are you presently employed? YES _____ NO _X_

    (a) If the answer is "YES", state the amount of your gross salary or wages per month and give the name and address of your employer.

    $_____ per month

    Employer _____

    (b) If the answer is "NO", state the date of last employment and the amount of the gross salary and wages per month which you received.

    $ 4,000 per month

    Employer J. G. Resources - November 2009

2. Is your spouse presently employed? YES _____ NO _N/A_

    If the answer is "YES", state the gross amount of his/her salary or wages per month and give the name and address of his/her employer.

    $_____ per month

    Employer _____

2

3. Have you or your spouse received within the past twelve (12) months any money from any of the following sources:

 (a) Business, profession, or form of self-employment?  YES _____  NO _X_

 (b) Rent payment, interest or dividends?  YES _____  NO _X_

 (c) Pensions, annuities, or life insurance payment?  YES _X_ NO _____

 (d) Gifts or inheritances?  YES _X_ NO _____

 (e) Any other sources?  YES _____  NO _X_

If the answer to any of the above questions is "YES", describe each source of money and state the amount received from each during the last twelve (12) months and by whom.

*Social Security $875/mo  Pension $230/mo*
*Gifts of $1040/past year*

4. How much cash do you and your spouse have? $ *8* .

5. List any money you or your spouse have in bank accounts or in any other financial institution and the name of the financial institution.

*First Convenience Bank $0*
*Washington Federal $50*

6. List the assets and the values which you or your spouse own. Do not list clothing and ordinary household furnishings.

Home Address _*N/A*_

Value of Home _*N/A*_

Motor Vehicle #1 Make, Year, Model _*2000 Buick Century*_
Value of Motor Vehicle #1 _*$1500*_

3

     Motor Vehicle #2 Make, Year, Model _____

     Value of Motor Vehicle #2 _____

7. Do you or your spouse own any other real estate, stocks, bonds, notes, automobiles, or other valuable property not listed above (excluding ordinary household furnishings and clothing)?
   YES _____ NO __X__

   If the answer is "YES", describe the property and state its approximate value.

   _____N/A_____

8. List the persons who are dependent upon you or your spouse for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   _____

   _____

9. Do you expect any major changes to your spouse's monthly income or expenses or in your or your spouse's assets or liabilities during the next 12 months?
   YES _____ NO __X__

   If yes, describe below or on an attached sheet.

   _____

   _____

10. Estimate the average monthly expenses of you and your family. If different, list separately the amounts paid by your spouse.

    Rent or home-mortgage payment __569_____

    Utilities (electricity, heating fuel, water, sewer, and phone) __330_____

    Home maintenance (repairs and upkeep) __N/A_____

    Food __100_____

4

Clothing  ―0―

Laundry and dry-cleaning  12

Medical and dental expenses  ―0―

Transportation (not including motor vehicle payments)  100

Recreation, entertainment, newspapers, magazines, etc.  ―0―

Insurance (not deducted from wages or include in mortgage payments)

    Homeowner's or renter's insurance  ―0―

    Life insurance  35

    Health insurance  ―0―

    Motor vehicle insurance  54

    Other insurance  N/A

Taxes (not deducted from wages or included in mortgage payments)  _____

Installment payments

    Motor vehicle  N/A

    Credit card  N/A

    Department store credit card  N/A

    Other installment payments  N/A

Alimony, maintenance and support paid to others  N/A

Regular expenses for operation of business, profession, or farm (attach a detailed

    statement)  N/A

Other expenses  N/A

11. Provide any other information that will help explain why you cannot pay the filing fees for your case.

_____

_____

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the filing fees of my case. I believe that I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.
(28 U.S.C. 1746, 18 U.S.C. 1621)

_____
Signature of Applicant