**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☑ Addressee

B. Received by ( Printed Name )

C. Date of Delivery: 9/21/10

1. Article Addressed to:

David E. Mack
7720 McCallum Blvd.
#2099
Dallas, Tx 75252

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SEP 26 2011
DAVID J. MALAND, CLERK
BY DEPUTY

4:11cv347 #12

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7010 2780 0000 9134 8875

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540