PLEASE EXECUTE THIS ACKNOWLEDGEMENT
OF RECEIPT AND RETURN TO U.S. DISTRICT
CLERK.   (NO POSTAGE NEEDED.)

TO: _David E. Mack_
_____4:11CV347_____

RE: _Mack V._
_J. A. Cambece Law Office_

RECEIVED:
_____# Order 12_____

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

on this _22 nd_ day of _September_, 20 _11_.

SEP 27 2011

SIGNED: DAVID J. MALAND, CLERK

BY (Addressee/Agent for Addressee)
DEPUTY_____