**In the United States District Court
Eastern District of Texas
Sherman Division**

FILED-CLERK
U.S. DISTRICT COURT
2011 OCT -6 PM 4: 18
TEXAS-EASTERN
BY_____

| | | |
|---|---|---|
| David E. Mack | § § § § | |
| vs | § § § § | Cause no. 4:11-cv-347 |
| J.A. Cambece Law Office et al | § | |

## Certification of Interested Parties

The Plaintiff, David E. Mack, hereby serves this certification of interested parties in the above styled cause of action. To the best of Plaintiff's knowledge the below named entities and individuals are the only ones with a financial interest in the outcome of this litigation.

David E. Mack
7720 McCallum Blvd. # 2099
Dallas, Texas 75252
972-735-9642

J.A. Cambece Law Office
Eight Bourbon Street
Peabody, MA 01960

CACH, LLC
4340 Monaco Street 2nd Floor
Denver, CO 80237

Respectfully Submitted,

_[signature]_

David E Mack
7720 McCallum Blvd. # 2099
Dallas, Texas 75252
972-735-9642

## CERTIFICATE OF SERVICE

The true and correct copy of the foregoing document was sent to the below named parties by first class USPS mail.

Signed October 6, 2011

_____
David E Mack

Ed Walton
Barron, Newburger & Sinsley PLLC
101 Metro Drive, Suite A
Terrell, Texas 75160

Counsel of Record for the Defendants
J.A. Cambece Law Office
CACH, LLC