# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| DAVID E. MACK § | |
| § | |
| V. § | CASE NO. 4:11cv347 |
| § | (Judge Schneider/Judge Mazzant) |
| J.A.CAMBECE LAW OFFICE , ET AL. § | |

## ORDER

Pending before the Court is Plaintiff's Motion for Enlargement of Time to Negotiate Settlement or Complete 26(f) Conference (Dkt. #18). The Court finds that the motion should be granted. The Court amends the current Scheduling Order as follows:

| PRETRIAL EVENTS | DEADLINES |
|---|---|
| File a joint report that reflects the parties' detailed case management plan. The report must contain the information required on the attached form. | October 20, 2011 |
| Counsel and all unrepresented parties must appear in person for a Scheduling Conference. | **Thursday, October 27, 2011, at 11:15 a.m. at the U. S. Courthouse Annex, Chase Bank Building, Mezzanine Level, 200 N. Travis Street, Sherman, Texas 75090** |

**IT IS SO ORDERED.**

**SIGNED this 12th day of October, 2011.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE