# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| DAVID E. MACK | § | |
| | § | |
| V. | § | CASE NO. 4:11cv347 |
| | § | (Judge Schneider/Judge Mazzant) |
| J.A. CAMBECE LAW OFFICE, ET AL. | § | |

## ORDER OF DISMISSAL

Pending before the Court is Plaintiff's Motion for Order of Dismissal (Docket #22).  The Court finds that the motion should be **GRANTED.**

Is it therefore **ORDERED** that Plaintiff's case is hereby DISMISSED with prejudice.

**It is SO ORDERED.**

**SIGNED this 20th day of October, 2011.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE

1