# United States District Court

### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID E. MACK | § | |
| | § | |
| V. | § | CASE NO. 4:11cv347 |
| | § | (Judge Schneider/Judge Mazzant) |
| J.A. CAMBECE LAW OFFICE, ET AL. | § | |

## <u>FINAL JUDGMENT</u>

Pursuant to the Order granting Plaintiff's Motion for Order of Dismissal filed in this

matter this date, it is

**CONSIDERED, ORDERED** and **ADJUDGED** that this case is hereby **DISMISSED**

with prejudice.

All relief not previously granted is hereby DENIED.

**It is SO ORDERED.**

**SIGNED this 20th day of October, 2011.**


_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE